Order issued September 28, 2012



In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01315-CV

### IN RE CRAIG WATKINS, Relator

Original Proceeding from the 282nd Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F10-42330-S and F12-40559-S

# ORDER

Before Justices Morris, Richter, and Lang-Miers

The Court has before it relator's petition for writ of mandamus. The Court requests that real party in interest and respondent file any responses by October 8, 2012. On its own motion, the Court STAYS all proceedings in this cause pending in the trial court.

JOSEPH B. MORRIS
PRESIDING JUSTICE